IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDRE STANKEVITCH, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 07-1948 |
| | : | |
| v. | : | |
| | : | |
| THE SSA LOCAL OFFICE, et al., | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM AND ORDER**

Alexandre Stankevitch ("Plaintiff") filed a complaint pro se in the above-captioned action on May 14, 2007, naming The Social Security Administration ("SSA") Local Office, the SSA Regional Office and The Citizens Bank ("Citizens Bank") as Defendants. On July 13, 2007, Defendant Citizens Bank filed a Motion to Dismiss, or in the alternative, for a More Definite Statement. The Federal Defendants filed a Motion to Dismiss, or in the alternative, for Summary Judgment on July 16, 2007.

On July 26, 2007, this court dismissed (Docket No. 13) all of Plaintiff's claims except for Plaintiff's fraud claims, to the extent that Plaintiff's Complaint contains any allegation of fraud against any defendant, and ordered Plaintiff within 45 days to file an amended complaint containing a more definite statement of any allegation of fraud, as required by Federal Rule of Civil Procedure 9(b).[1] Plaintiff did not file an amended complaint within 45 days of this court's July 26, 2007, order.

---

[1] Fed. R. Civ. P. 9(b), captioned "Fraud, Mistake, Condition of the Mind" states in relevant part: "In all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity."

AND NOW, this ___ day of September, 2007, the court ORDERS the following:

1. Plaintiff's fraud claims are DISMISSED WITH PREJUDICE.

2. Plaintiff's Complaint (Docket No. 1) is DISMISSED.

3. Defendant Citizens Bank's Motion to Dismiss (Docket No. 9) is DENIED AS MOOT.

4. The Federal Defendants' Motion to Dismiss (Docket No. 10) is DENIED AS MOOT.

BY THE COURT:

_____S/ James T. Giles_____
　　　　　　　　　　J.